# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

LIBERTY INSURANCE UNDERWRITERS, INC., AND BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.

NO.   2020 CW 1078

DECEMBER 07, 2020

---

In Re:   Liberty Insurance Underwriters, Inc., and Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 37760.

---

BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.

STAY DENIED; WRIT DENIED.

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT